# Court of Appeals
# of the State of Georgia

ATLANTA,  October 02, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1324.   Heath v. River City Bank**

Appellant Edward Heath ("Heath") seeks review of the grant of summary judgment by the Haralson County Superior Court to Appellee River City Bank ("Bank") on a promissory note executed by Heath in favor of the Bank in August of 2012.   The Bank filed its motion for summary judgment and its supporting documents thereof on December 5, 2013, to which Heath filed his response on January 3, 2014.  In his response, Heath raised objections regarding the consideration of the affidavit of Grant Espy filed by the Bank in support of its motion.  Shortly thereafter, on January 23, 2014, the Bank filed a reply to the Heath's response, such reply which included the  supplemental affidavit of Espy and included additional information presumably to address certain defects alleged by Heath to Espy's original affidavit.  Merely four days later, on January 27, 2014, the trial court issued an order granting summary judgment to the Bank.  In doing so, the trial court did not indicate whether it considered any of the information contained within the supplemental affidavit of Espy in reaching its decision.

Without deciding the issues presented on appeal, an analysis thereon may well turn on whether the trial court considered information included within the supplemental affidavit, or whether it could even do so given that its decision was rendered so quickly after the Espy supplemental affidavit was filed  and without Heath having had an adequate time to respond thereto.  Accordingly, we hereby vacate the decision of the trial court and remand for  reconsideration of the Bank's motion for summary judgment.  In ruling thereon, the trial court should indicate whether it intends to rely upon any information included within Espy's supplemental

affidavit, and if so, Heath is entitled to the appropriate period to respond to the Bank's supplemental filings before the trial court issues its decision.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/02/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*